# Court of Appeals
# of the State of Georgia

ATLANTA,  September 19, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0325. LARRY ANTHONY, II. v. THE STATE.**

Larry Anthony, II was found guilty of certain traffic offenses. The trial court entered sentence on March 1, 2019, and Anthony filed a notice of appeal on April 2, 2019. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Anthony filed his notice of appeal 32 days after the entry of the trial court's sentence, it is untimely, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/19/2019*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*